1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   DANIEL RIVERA ANAYA,              )   NO. CV 16-717 SVW (FFM)
                                       )
12              Petitioner,            )   ORDER ACCEPTING FINDINGS,
                                       )   CONCLUSIONS AND
13        v.                           )   RECOMMENDATIONS OF
                                       )   UNITED STATES MAGISTRATE JUDGE
14   JAMES JANECKA, Warden, et al.,    )
                                       )
15              Respondent.            )
                                       )
16   _____

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

18   and files herein, and the Report and Recommendation of the United States Magistrate

19   Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs

20   with and accepts the findings, conclusions and recommendations of the Magistrate

21   Judge.

22        IT THEREFORE IS ORDERED that Judgment be entered dismissing this action

23   with prejudice.

24

25   DATED: March 15, 2017

26

27                                     _____
                                           STEPHEN V. WILSON
28                                       United States District Judge