# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL RIVERA ANAYA, | ) | NO. CV 16-717 SVW (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES JANECKA, Warden, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: March 15, 2017

_____
STEPHEN V. WILSON
United States District Judge